B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**IT Broadcasting VSAT, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3052132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12001 Research Parkway**<br>**Suite 252**<br>**Orlando, FL**     ZIP Code **32826** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **12001 Research Parkway**<br>**Suite 252**<br>**Orlando, FL 32826** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | IT Broadcasting VSAT, Inc |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: Internet Technology Broadcasting Corporation | Case Number: 6:14-bk | Date Filed: 3/04/14 |
| District: Middle District of Florida, Orlando Division | Relationship: Affiliate | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **IT Broadcasting VSAT, Inc** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| --- | --- |
| **X**   **/s/ R Scott Shuker** <br> Signature of Attorney for Debtor(s) <br><br> **R Scott Shuker 984469** <br> Printed Name of Attorney for Debtor(s) <br><br> **Latham, Shuker, Eden & Beaudine, LLP** <br> Firm Name <br><br> **PO Box 3353** <br> **Orlando, FL 32802-3353** <br><br> Address <br><br> **(407) 481-5800  Fax: (407) 481-5801** <br> Telephone Number <br><br> **February 27, 2014** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X**   **/s/ Ann Margaret Howard** <br> Signature of Authorized Individual <br><br> **Ann Margaret Howard** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **February 27, 2014** <br> Date | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re **IT Broadcasting VSAT, Inc**   Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**N/A**__.

2. The following financial data is the latest available information and refers to the debtor's condition on __**N/A**__.

   a. Total assets $ **0.00**

   b. Total debts (including debts listed in 2.c., below) $ **0.00**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | Amount | Holders |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | **0** |

   d. Number of shares of preferred stock  **0**  **0**

   e. Number of shares common stock  **0**  **0**

   Comments, if any:
   **Privately-held Florida corporation**

3. Brief description of Debtor's business:
   **Integrator of emergency response and satellite solutions.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **IT Broadcasting Holding Corporation; 100% Shareholder**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **IT Broadcasting VSAT, Inc**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | **Credit Card** | | **1,666.00** |
| **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **Telephone** | | **326.00** |
| **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **Wireless Phones** | | **263.00** |
| **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **AT&T** <br> **208 S Akard St, Fl 10** <br> **Dallas, TX 75202** | **Fax Line** | | **168.00** |
| **Berman Hopkins Wright & Laham, LLP** <br> **8035 Spyglass Hill Rd** <br> **Melbourne, FL 32940** | **Berman Hopkins Wright & Laham, LLP** <br> **8035 Spyglass Hill Rd** <br> **Melbourne, FL 32940** | **Accounting Services** | | **6,000.00** |
| **Brighthouse** <br> **5000 Campuswood Dr** <br> **E Syracuse, NY 13057** | **Brighthouse** <br> **5000 Campuswood Dr** <br> **E Syracuse, NY 13057** | **Office DSL** | | **329.00** |
| **Broad & Cassel** <br> **Attn:  Todd Norman, Esq** <br> **390 N Orange Ave, Ste 1400** <br> **Orlando, FL 32801** | **Broad & Cassel** <br> **Attn:  Todd Norman, Esq** <br> **390 N Orange Ave, Ste 1400** <br> **Orlando, FL 32801** | **Legal Services** | | **50,000.00** |
| **FedEx** <br> **3875 Airways Blvd** <br> **Memphis, TN 38116** | **FedEx** <br> **3875 Airways Blvd** <br> **Memphis, TN 38116** | **Shipping** | | **118.00** |
| **Guardian** <br> **PO Box 677458** <br> **Dallas, TX 75267-7458** | **Guardian** <br> **PO Box 677458** <br> **Dallas, TX 75267-7458** | **Benefits** | | **1,143.00** |
| **Paychex Retirement Plan Administration** <br> **1175 John Street** <br> **W Henrietta, NY 14586** | **Paychex Retirement Plan Administration** <br> **1175 John Street** <br> **W Henrietta, NY 14586** | **401k administrative fees** | | **157.00** |
| **Resource Square Three Owner, LLC** <br> **PO Box 102830** <br> **Atlanta, GA 30368** | **Resource Square Three Owner, LLC** <br> **PO Box 102830** <br> **Atlanta, GA 30368** | **Office Lease: Suite 252, !2001 Research Parkway, Orlando, FL  32826** | | **918,757.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **IT Broadcasting VSAT, Inc**                                    Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Sprint**<br>9300 Metcalf Ave<br>Overland Park, KS 66212 | **Sprint**<br>9300 Metcalf Ave<br>Overland Park, KS 66212 | **Broadbank Wireless** | | 133.00 |
| **T-Mobile**<br>3650 - 132nd Ave SE #550<br>Bellevue, WA 98006 | **T-Mobile**<br>3650 - 132nd Ave SE #550<br>Bellevue, WA 98006 | **Wireless Data/Phone** | | 153.00 |
| **United Healthcare**<br>Dept CH 10151<br>600550151C0009<br>Palatine, IL 60055-0151 | **United Healthcare**<br>Dept CH 10151<br>600550151C0009<br>Palatine, IL 60055-0151 | **Healthcare Benefits** | | 4,633.00 |
| **Venable LLP**<br>PO Box 62727<br>Baltimore, MD 21264 | **Venable LLP**<br>PO Box 62727<br>Baltimore, MD 21264 | **Legal Services** | | 24,445.00 |
| **Veritas Advisory Group, Inc**<br>1601 Elm St, Suite 3600<br>Dallas, TX 75201 | **Veritas Advisory Group, Inc**<br>1601 Elm St, Suite 3600<br>Dallas, TX 75201 | **Legal Services** | | 11,395.00 |
| **Verizon Wireless Svcs**<br>Two Verizon Place<br>Alpharetta, GA 30004 | **Verizon Wireless Svcs**<br>Two Verizon Place<br>Alpharetta, GA 30004 | **Wirelss phones** | | 202.00 |
| **Veteran Corps of America**<br>c/o N Thomas Connally III<br>Hogan Lovells US LLP<br>7930 Jones Branch Dr, 9th Fl<br>McLean, VA 22102 | **Veteran Corps of America**<br>c/o N Thomas Connally III<br>Hogan Lovells US LLP<br>McLean, VA 22102 | **Lawsuit in District Court, ED of VA Case No. 1:13-cv-00586-TSE-IDD** | **Unliquidated Disputed** | 2,178,069.00 |
| **WorldWide Shipping**<br>10748 Sky Prairie St<br>Fishers, IN 46038-7804 | **WorldWide Shipping**<br>10748 Sky Prairie St<br>Fishers, IN 46038-7804 | **Shipping** | | 196.00 |
| **Zurich North America**<br>PO Box 2847<br>Grand Rapids, MI 49501-2847 | **Zurich North America**<br>PO Box 2847<br>Grand Rapids, MI 49501-2847 | **Insurance** | | 16,650.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 27, 2014**                      Signature  **/s/ Ann Margaret Howard**
                                                            **Ann Margaret Howard**
                                                            **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **IT Broadcasting VSAT, Inc**                               ,   Case No. _____

           Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **IT Broadcasting Holding Corporation** <br> **12001 Research Parkway** <br> **Suite 252** <br> **Orlando, FL 32826** | **Common** | **100%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 27, 2014**            Signature   **/s/ Ann Margaret Howard**

                                                            **Ann Margaret Howard**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **IT Broadcasting VSAT, Inc**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 27, 2014**

**/s/ Ann Margaret Howard**  
**Ann Margaret Howard**/**President**  
Signer/Title

IT Broadcasting VSAT, Inc
12001 Research Parkway
Suite 252
Orlando, FL 32826

Concur
18400 NE Union Hill Rd
Redmond, VA 98052-3332

Mark P Henriques Esq
a/f Clarkston-Potomac Group
Womble Carlyle et al.
301 S College St, Ste 3500
Charlotte, NC 28202

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

eFax
6922 Hollywood Blvd, Ste 900
Los Angeles, CA 90028

Matthew Nelles, Esq
Broad and Cassel
390 N Orange Ave, Ste 1400
Orlando, FL 32801

Alvin F Lindsay Esq
Hogan Lovells US, LLP
600 Brickell Ave, Ste 2700
Miami, FL 33131

FedEx
3875 Airways Blvd
Memphis, TN 38116

Network Solutions
13861 Sunrise Valley Dr
Herndon, VA 20171

American Express
PO Box 650448
Dallas, TX 75265-0448

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Orange County Tax Collector
Attn: Scott Randolph
200 S Orange Ave, Suite 1600
Orlando, FL 32801

AT&T
208 S Akard St, Fl 10
Dallas, TX 75202

Grasshopper
197 - 1st Avenue
Needham, MA 02494

Paychex of New York LLC
1001 Heathrow Park Lane
Suite 2001
Lake Mary, FL 32746

Berman Hopkins Wright
& Laham, LLP
8035 Spyglass Hill Rd
Melbourne, FL 32940

Guardian
PO Box 677458
Dallas, TX 75267-7458

Paychex Retirement
Plan Administration
1175 John Street
W Henrietta, NY 14586

Brighthouse
5000 Campuswood Dr
E Syracuse, NY 13057

Humana Insurance Company
PO Box 533
Carol Stream, IL 60132-0533

Resource Square
Three Owner, LLC
PO Box 102830
Atlanta, GA 30368

Broad & Cassel
Attn: Todd Norman, Esq
390 N Orange Ave, Ste 1400
Orlando, FL 32801

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Robert Buschel, Esq
a/f MBI Capital LLC
100 SE Third Ave, Ste 1300
Fort Lauderdale, FL 33394

Broad and Cassel
Attn: Todd Norman, Esq
390 N Orange Ave, Ste 1400
Orlando, FL 32801

Internet Technology
Broadcasting
12001 Research Parkway
Suite 252
Orlando, FL 32826

Seyfarth Shaw LLP
131 S Dearborn, Suite 240
Chicago, IL 60603

Clarkston-Potomac Group Inc
c/o Megan Costa DeVault, Esq
Akerman Senterfitt
420 S Orange Ave, Ste 1200
Orlando, FL 32801

IT Broadcasting
Holding Corporation
12001 Research Parkway
Suite 252
Orlando, FL 32826

Shred-It
2794 S Sheridan Way
Oakville, Ontario L6J 7T4
CANADA

Sprint
9300 Metcalf Ave
Overland Park, KS 66212


T-Mobile
3650 - 132nd Ave SE #550
Bellevue, WA 98006


United Healthcare
Dept CH 10151
600550151C0009
Palatine, IL 60055-0151


Venable LLP
PO Box 62727
Baltimore, MD 21264


Veritas Advisory Group, Inc
1601 Elm St, Suite 3600
Dallas, TX 75201


Verizon Wireless Svcs
Two Verizon Place
Alpharetta, GA 30004


Veteran Corps of America
c/o N Thomas Connally III
Hogan Lovells US LLP
7930 Jones Branch Dr, 9th Fl
McLean, VA 22102

WorldWide Shipping
10748 Sky Prairie St
Fishers, IN 46038-7804


Zurich North America
PO Box 2847
Grand Rapids, MI 49501-2847